

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00173-CR

CEDRIC CARMOND STEELE                                            APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Cedric Carmond Steele attempts to appeal his conviction for arson. The trial court's certification states that this is "a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On May 5, 2014, we notified Steele that the appeal would be dismissed pursuant to the trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certification unless he or any party desiring to continue the appeal filed a response on or before May 15, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3.   Steele responded that he "did not oppose dismissal of the appeal."   Therefore, in accordance with the trial court's certification, we dismiss the appeal.   *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 12, 2014